IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

KENNETH E. JENKINS PLAINTIFF

v. CIVIL NO. 25-cv-3081

FRANK BISIGNANO, Commissioner DEFENDANT
Social Security Administration

**JUDGMENT**

For reasons stated in a memorandum opinion dated August 26, 2026, the Court hereby affirms the decision of the Commissioner and dismisses Plaintiff's case with prejudice. **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

**IT IS SO ORDERED AND ADJUDGED this 26th day of August 2026.**

/s/ Christy Comstock
HON. CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE